**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Dmitry Nikolenko v. Luiza Nikolenko

Appellate case number:    01-20-00284-CV

Trial court case number:   18-DCV-251118

Trial court:            328th Judicial District Court of Harris County, Texas

Appellant Dmitry Nikolenko's second Unopposed Motion for Extension of Time to File Motion for En Banc Reconsideration, filed on March 22, 2022, is **GRANTED**. Any motion for en banc reconsideration of our February 17, 2022 opinion is due by **May 4, 2022**.

It is so **ORDERED**.

Judge's signature: /s/ Amparo Guerra
                    ☒ Acting individually    ☐ Acting for the Court

Date: March 29, 2022